IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONOVAN CASTLEBERRY,

   Plaintiff,

    v.

PHIL D. MILLER
Sheriff of Douglas County, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-3637-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action without prejudice for failure to comply with an Order of the Court. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 19 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Castleberry\12cv3637\r&r.wpd